**Order filed March 3, 2022**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00596-CV
_____

**CHRISTOPHER STEVE AND LINDA THOMPSON, Appellants**

**V.**

**KATHY STEVE, PAUL STEVE, AND SAM STEVE, Appellees**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1141362**

# O R D E R

The notice of appeal in this case was filed October 19. 2021. The clerk responsible for preparing the record notified this court that appellants had not made payment for the clerk's record. No evidence that appellants have established indigence has been filed. *See* Tex. R. Civ. P. 145. On January 20, 2022, this court notified appellants that the appeal was subject to dismissal unless they filed a response with proof of payment for the clerk's record. No response was filed. Therefore, the court issues the following order.

Appellants are ordered to demonstrate to this court that they have made arrangements to pay for the clerk's record on or before **March 24, 2022**. *See* Tex. R. App. P. 35.3(c). If appellants fail to do so, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.